Kelly R. Kichline, State Bar No. 10642
Lynne McChrystal, State Bar No. 14739
**JACKSON LEWIS P.C.**
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
kelly.kichline@jacksonlewis.com
lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
CARSON TAHOE REGIONAL MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>CARSON TAHOE REGIONAL MEDICAL CENTER AND DOES I-X,<br><br>Defendant. | Case No. 3:19-cv-00291-LRH-CBC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION SESSION** |

Defendant Carson Tahoe Regional Healthcare, which does business as Carson Tahoe Regional Medical Center ("Defendant" or "Carson Tahoe") by and through its counsel of record, Jackson Lewis, P.C., respectfully requests an exception to the early neutral evaluation ("ENE") attendance requirements. Specifically, Defendant requests that Defendant's insurance carrier be excused from in-person attendance at the ENE. The carrier representative will be available by telephone. The undersigned counsel conferred with Plaintiff's counsel who indicated that Plaintiff does not object to this request.

Defendant seeks this exception because, although Chubb insures Defendant, Defendant has a retention of $100,000 and Defendant will fund the entirety of any resolution reached at the ENE. In addition, the representative for Chubb is located in Los Angeles and would incur significant time and expense to travel to the ENE when any settlement would be well within Defendant's retention. The insurance representative's absence will not adversely affect the ENE,

and those present will have the appropriate settlement authority to reach a reasonable resolution at the ENE.

Thus, Defendant respectfully requests an exception to the ENE in-person attendance requirements for its carrier, Chubb.

Dated this 17th day of July, 2019.

JACKSON LEWIS P.C.

*/s/ Kelly R. Kichline*
Kelly R. Kichline, State Bar No. 10642
Lynne McChrystal, State Bar No. 14739
300 S. Fourth St., Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*CARSON TAHOE REGIONAL MEDICAL CENTER*

IT IS SO ORDERED.

DATED: July 18, 2019.

_____
UNITED STATES MAGISTRATE JUDGE