Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorney for Plaintiff*

```
         FILED          RECEIVED
         ENTERED        SERVED ON
         COUNSEL/PARTIES OF RECORD

              SEP - 3 2019

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE MOORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARSON TAHOE REGIONAL MEDICAL CENTER and DOES I-X,<br><br>　　　　Defendants. | Case No. 3:19-cv-00291-LRH-CBC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT**<br>**(First Request)** |

　　　　COMES NOW, Plaintiff DANIELLE MOORE, and Defendant CARSON TAHOE REGIONAL MEDICAL CENTER, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Joint Case Management Report, per the Court's Order (ECF No. 11), from **September 3, 2019** to **September 6, 2019**.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT

The parties request this extension due to the workload of Plaintiff's counsel as a result of a recent vacation and the loss of an associate attorney. This represents the parties' first request to extend this deadline.

DATED this 3rd day of September, 2019.  
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert  
MARK MAUSERT  
729 Evans Avenue  
Reno, Nevada 89512

*Attorney for Plaintiff*

DATED this 3rd day of September, 2019.  
JACKSON LEWIS P.C.

By: /s/ Kelly Kichline  
KELLY R. KLICHLINE  
LYNNE McCHRYSTAL  
Bank of America Plaza  
300 S. Fourth Street, Suite 900  
Las Vegas, Nevada 89101

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this 3rd day of September, 2019.

_____  
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT CASE MANAGEMENT REPORT