**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELLE MOORE, | **Case No.:** 3:19-cv-00291-LRH-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CARSON TAHOE REGIONAL MEDICAL CENTER and DOES I-X, | |
| Defendants. | |

Plaintiff, DANIELLE MOORE, and Defendant, CARSON TAHOE REGIONAL MEDICAL CENTER, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///
///
///
///
///
//
//
//
//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 25th day of September, 2019.
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert
MARK MAUSERT
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*

DATED this 25th day of September, 2019.

JACKSON LEWIS P.C.

By: /s/ Lynne McChrystal
KELLY R. KICHLINE
LYNNE McCHRYSTAL
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Attorneys for Defendant

**IT IS SO ORDERED.**

DATED this 26th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2.